UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JOHN WRIGHT,** ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | Case 4:10cv01923 JCH |
| ) | |
| **FORD MOTOR COMPANY,** ) | |
| ) | |
| Defendants. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on October 13, 2010, and assigned to the Honorable Jean C. Hamilton. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Northern Division of this court and assigned Case No. 2:10cv00064 AGF. The Honorable Audrey G. Fleissig will preside.

Case No. 4:10-cv-01923-JCH is hereby administratively closed.

Dated this 15th day of October, 2010.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. 2:10cv00064 AGF in all future matters concerning this case.